AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| GURCHARAN BROTHERS OIL CO., INC. aka GURCHARAN AND BROTHERS OIL COMPANY, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> SEI FUEL SERVICES, INC. and 7-ELEVEN, INC. <br><br> *Defendant(s)* | Civil Action No. 2:22-cv-03345-JMA-JMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SEI Fuel Services, Inc.
3200 Hackberry Road
Irving, TX 75063

c/o Corporate Creations Network Inc.
600 Mamaroneck Avenue #400
Harrison, NY 10528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kenneth L. Robinson, Esq.
Robinson & Associates, P.C.
35 Roosevelt Avenue
Syosset, NY 11791

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 6/7/2022

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| GURCHARAN BROTHERS OIL CO., INC. aka GURCHARAN AND BROTHERS OIL COMPANY, INC. <br><br> *Plaintiff(s)* <br> v. <br> SEI FUEL SERVICES, INC. and 7-ELEVEN, INC. <br><br> *Defendant(s)* | Civil Action No. 2:22-cv-03345-JMA-JMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  7-Eleven, Inc.
3200 Hackberry Road
Irving, TX 75063

c/o Corporate Creations Network Inc.
600 Mamaroneck Avenue #400
Harrison, NY 10528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kenneth L. Robinson, Esq.
Robinson & Associates, P.C.
35 Roosevelt Avenue
Syosset, NY 11791

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 6/7/2022                                                    *Laura Jakubowski*
                                                                        *Signature of Clerk or Deputy Clerk*